## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 505 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : **Unpublished Memorandum and Order** |
| v. | : of the Superior Court at No. 3336 EDA |
| | : 2011 filed May 2, 2013, **affirming** the |
| | : Judgment of Sentence of the Philadelphia |
| JONATHAN T. MOORE, | : County Court of Common Pleas at Nos. |
| | : CP-51-CR-0014039-2010 and |
| | : CP-51-CR-0014051-2010 filed November |
| Petitioner | : 4, 2011 |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2015, as Petitioner has previously been denied allocatur at No. 281 EAL 2014, this filing is **DISMISSED**.